

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:22-CR-18 |
| JORDAN TEAL BURG, WEDELL ELIJAH BATES and MICHAEL JAMAR HANDON, | Violations: 18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |
| Defendants. | |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about April 19, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **JORDAN TEAL BURG**, aided and abetted by defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON**, in connection with the acquisition of a firearm, that is a Bersa, Model Thunder 380, .380 ACP caliber, bearing serial number K56630, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **JORDAN TEAL BURG** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearm, when in fact, she was not the true purchaser of the firearm and defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON** were the true purchasers of the firearm; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT TWO

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about April 22, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **JORDAN TEAL BURG**, aided and abetted by defendant **WENDELL ELIJAH BATES**, in connection with the acquisition of a firearm, that is a Smith and Wesson, Model M&P 9 shield, 9mm pistol, bearing serial number JFK9315, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearm to defendant **JORDAN TEAL BURG** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearm, when in fact, she was not the true purchaser of the firearm and defendant **WENDELL ELIJAH BATES** was the true purchaser of the firearm; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT THREE

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about April 23, 2021, in Morgan County, in the Northern District of West Virginia, defendant **JORDAN TEAL BURG**, aided and abetted by defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON**, in connection with the acquisition of firearms, that is a Glock, Model 19, 9mm pistol, bearing serial number BTNK563, a Smith and Wesson, Model M&P 40C, .40 caliber pistol, bearing serial number HTC0143, and a Ruger, Model Security 9, 9mm pistol, bearing serial number 384-38761, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearms to defendant **JORDAN TEAL BURG** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearms, when in fact, she was not the true purchaser of the firearms and defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON** were the true purchasers of the firearms; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT FOUR

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about April 27, 2021, in Jefferson County, in the Northern District of West Virginia, defendant **JORDAN TEAL BURG**, aided and abetted by defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON**, in connection with the acquisition of firearms, that is a Glock, Model G39, .45 caliber pistol, bearing serial number BRHF489, a Ruger, Model Ruger 57, .57 caliber pistol, bearing serial number 642-16143, and a Taurus, Model G2C, 9mm pistol, bearing serial number ACC680678, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearms to defendant **JORDAN TEAL BURG** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearms, when in fact, she was not the true purchaser of the firearms and defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON** were the true purchasers of the firearms; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT FIVE

(Unlawful Possession of Ammunition)

On or about April 27, 2021, in Jefferson County, in the Northern District of West Virginia, defendant **WENDELL ELIJAH BATES** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Elude/Disregard Police, in the Circuit Court of Arlington County, Virginia, on October 16, 2020, in case number CR20-520, did knowingly possess ammunition, that is Winchester .45 caliber gap ammunition, and the ammunition was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX

(Aiding and Abetting False Statement During Purchase of a Firearm)

On or about April 28, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **JORDAN TEAL BURG**, aided and abetted by defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON**, in connection with the acquisition of firearms, that is a Smith and Wesson, Model M&P 9 Shield, 9mm pistol, bearing serial number JFL2234, a Springfield Armory, Model Hellcat, 9mm pistol, bearing serial number BA221042, a Smith and Wesson, Model M&P, 9mm pistol, bearing serial number NKB7436, and a Glock Inc., Model 37 Gen 4, .45 caliber pistol, bearing serial number RUP911, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code (referred to as a FFL), knowingly made a false and fictitious written statement to a FFL, which statement was intended and likely to deceive a FFL, as to a fact material to the lawfulness of such sale of the said firearms to defendant **JORDAN TEAL BURG** under chapter 44 of Title 18, in that the defendant represented that she was the actual purchaser of the firearms, when in fact, she was not the true purchaser of the firearms and defendants **WENDELL ELIJAH BATES** and **MICHAEL JAMAR HANDON** were the true purchasers of the firearms; in violation of Title 18, United States Code, Sections 2, 922(a)(6), and 924(a)(2).

## COUNT SEVEN

(Unlawful Possession of Firearm)

On or about April 28, 2021, in Berkeley County, in the Northern District of West Virginia, defendant **MICHAEL JAMAR HANDON**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is the felony offense of Possess, Transport, Firearms by Convicted Felon in the Circuit Court of Arlington County, Virginia, on September 15, 2015, in case number CR15-1152, did knowingly possess a firearm, that is a Smith and Wesson, Model M&P 9 Shield, 9mm pistol, bearing serial number JFL2234, a Springfield Armory, Model Hellcat, 9mm pistol, bearing serial number BA221042, a Smith and Wesson, Model M&P, 9mm pistol, bearing serial number NKB7436, and a Glock Inc., Model 37 Gen 4, .45 caliber pistol, bearing serial number RUP911, said firearms having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2), including: a Smith and Wesson, Model M&P 9 Shield, 9mm pistol, bearing serial number JFL2234; a Springfield Armory, Model Hellcat, 9mm pistol, bearing serial number BA221042; a Smith and Wesson, Model M&P, 9mm pistol, bearing serial number NKB7436 SCCY; a Glock Inc., Model 37 Gen 4, .45 caliber pistol, bearing serial number RUP911; Winchester .45 caliber gap ammunition; and assorted ammunition.

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

C. Lydia Lehman
Special Assistant United States Attorney

Lara Omps-Botteicher
Assistant United States Attorney