IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                                    Criminal No. 3:22CR18
                                                         (Judge Groh)

JORDAN TEAL BURG

       Defendant.


## GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE

      The United States provides notice that the seizing agency has completed administrative forfeiture of the property listed in the Forfeiture Allegation of the Indictment in this case. The agency's Declaration of Forfeiture is attached.

      Accordingly, the forfeiture component of this judicial action is complete.

                                              Respectfully submitted,

                                              William Ihlenfeld
                                              United States Attorney

                          By:    /s/ Danaë DeMasi-Lemon
                                        Danaë DeMasi-Lemon
                                        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2022 I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record.

                                        William Ihlenfeld
                                        United States Attorney

By:    /s/ Danaë DeMasi-Lemon
         Danaë DeMasi-Lemon
         Assistant United States Attorney
         United States Attorney's Office
         1125 Chapline Street, Suite 3000
         Wheeling, WV 26003
         Phone: (304) 234-0100
         danae.demasi@usdoj.gov